FILED

2009 OCT -6 PM 1:23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

1  CHRISTOPHER VAN GUNDY (SBN 155989)
   cvangundy@roll.com
2  JOIE MARIE GALLO (SBN 178064)
   jgallo@roll.com
3  ANDREW E. ASCH (SBN 198857)
   aasch@roll.com
4  ROLL INTERNATIONAL CORPORATION – LEGAL DEPT.
   11444 West Olympic Boulevard, 10th Floor
5  Los Angeles, California 90064-1557
   Telephone:  310-966-5700
6  Facsimile:   310-966-5758

7  Attorneys for Plaintiffs
   Fiji Water Company LLC, Paramount
8  International Export Ltd. and Natural
   Waters of Viti Limited

9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12  FIJI WATER COMPANY, LLC, a          SACV09 - 01148  CJC  MLGx
    Delaware limited liability company;
13  PARAMOUNT INTERNATIONAL             COMPLAINT FOR:
    EXPORT LTD., a Cayman Islands
14  company limited by shares, and      FEDERAL TRADEMARK AND
    NATURAL WATERS OF VITI              TRADE DRESS
15  LIMITED, a Fijian private company   INFRINGEMENT;
    limited by shares,
16                                      VIOLATION OF THE LANHAM
           Plaintiffs,                  ACT SECTION 43(A);
17
                                        FEDERAL TRADEMARK
18        v.                            DILUTION;

19  FIJI MINERAL WATER USA, LLC, a      UNFAIR COMPETITION
    Delaware limited liability company; UNDER CALIFORNIA
20  FMW USA LICENSING, LLC, a           BUSINESS & PROFESSIONS
    Delaware limited liability company; CODE SECTION 17200 ET SEQ.;
21  MINERAL WATERS OF FIJI, a
    business form unknown; PURE         CALIFORNIA COMMON LAW
22  MINERAL WATERS OF FIJI, LLC, a      UNFAIR COMPETITION.
    California limited liability company; FIJI
23  IMPORTS, LLC, a California limited
    liability company; PRESTIGE SALES II,
24  LLC, a California limited liability
    company; STRAUB DISTRIBUTING        DEMAND FOR TRIAL BY JURY
25  COMPANY, LLC, a California limited
    liability company; STRAUB
26  DISTRIBUTING COMPANY, LTD., a
    California partnership; DOES 1-10,
27
           Defendants.
28

{032518.5}                          1
_____
                      COMPLAINT

Plaintiffs Fiji Water Company LLC, Paramount International Export Ltd., and Natural Waters of Viti Limited, hereby allege as follows:

**PARTIES**

1.     Plaintiff Fiji Water Company LLC ("FWC") is a Delaware limited liability company with its principal place of business in Los Angeles, California.  FWC and its affiliates produce and market bottled still artesian water from the islands of Fiji, and distribute this bottled water product worldwide, including the Unites States, Southern California, and the greater Los Angeles area.

2.     Plaintiff Paramount International Export Ltd. ("Paramount International") is a Cayman Islands company limited by shares, doing business in California.  Paramount International is an affiliate of FWC, and is the owner of the trademarks and trade dress used in connection with the FIJI® brand bottled water products at issue in this case.

3.     Plaintiff Natural Waters of Viti Limited ("NWVL") is a Fijian private company limited by shares.  NWVL is an affiliate of FWC, and operates the production facility in the Fiji Islands that produces Plaintiffs' bottled water products.

4.     Plaintiffs FWC, Paramount International, and NWVL are hereinafter collectively referred to as "FIJI" or "Plaintiffs."

5.     Defendant Fiji Mineral Water USA, LLC ("FMW") is a Delaware limited liability company, doing business in California.  On information and belief, FIJI alleges that FMW is involved in the importation of Defendants' bottled water products from the islands of Fiji for further distribution within the United States.

6.     Defendant FMW USA Licensing, LLC ("FMW Licensing") is a Delaware limited liability company, doing business in California.  On information and belief, FIJI alleges that FMW Licensing or an affiliate has attempted to secure trademark rights in "VITI" for use in connection with Defendants' bottled water products.

7.     Defendant Mineral Waters of Fiji ("Mineral Waters") is a company of unknown business form.  On information and belief, FIJI alleges that Mineral Waters'

{032518.5}                                     2

principal place of business is located in the Fiji Islands, and that it either operates, oversees or manages the production and export of Defendants' bottled water products in the Fiji Islands.

8.    Defendant Pure Mineral Waters of Fiji, LLC ("Pure Waters") is a California limited liability company.  On information and belief, FIJI alleges that Pure Waters is involved in the importation and/or distribution of Defendants' bottled water within the United States.

9.    Defendant Fiji Imports, LLC ("Imports") is a California limited liability company.  On information and belief, FIJI alleges that Imports is involved in the importation of Defendants' bottled water products from the islands of Fiji for further distribution within the United States.

10.    Defendant Prestige Sales II, LLC ("Prestige") is a California limited liability company, doing business in California.  On information and belief, FIJI alleges that Prestige distributes Defendants' bottled water within the United States.

11.    Defendant Straub Distributing Company, LLC ("Straub LLC") is a California limited liability company, doing business in California.  On information and belief, FIJI alleges that Straub LLC distributes Defendants' bottled water within the United States.

12.    Defendant Straub Distributing Company, Ltd. ("Straub Ltd.") is a California limited partnership, doing business in California.  On information and belief, FIJI alleges that Straub Ltd. distributes Defendants' bottled water within the United States.

13.    Defendants FMW, FMW Licensing, Mineral Waters, Pure Waters, Imports, Prestige, Straub LLC, and Straub Ltd. are hereinafter collectively referred to as "VITI."

14.    FIJI is not aware of the true names and capacities of the Defendants identified herein as Does 1 through 10, inclusive, and therefore fictitiously names said Defendants.  FIJI will amend this Complaint to allege the true names and capacities of these fictitiously named Defendants when their identities are ascertained.

{032518.5}

COMPLAINT

15.    FIJI is informed and believes, and based thereon alleges, that Defendants FMW, FMW Licensing, Mineral Waters, Pure Waters, Imports, Straub LLC, Straub Ltd., Prestige and each of the fictitiously named Doe Defendants (collectively, "Defendants") were in some manner responsible for the acts alleged herein and the harm, losses and damages suffered by FIJI as alleged hereinafter.  FIJI is also informed and believes, and based thereon alleges, that while participating in such acts, each Defendant was the agent, principal, and/or alter ego of the other Defendants, and was acting in the course and scope of such agency and/or acted with the permission, consent, authorization or ratification of the other Defendants.

16.    As described further below, FIJI is informed and believes, and based thereon alleges, that Defendants' conduct business and distribute their product in California and within this Court's jurisdiction in Southern California and the greater Los Angeles area.

## JURISDICTION AND VENUE

17.    This action arises, in part, under the Lanham Act, as amended, 15 U.S.C. Sections 1114, 1125; California Business and Professions Code Section 17200 et seq.; and California common law.  This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. Section 1121 (trademark claims under the Lanham Act), 28 U.S.C. Section 1331 (federal question), 28 U.S.C. Section 1338 (unfair competition related to trademark claims) and 28 U.S.C. Section 1367 (supplemental jurisdiction).

18.    FIJI is informed and believes, and based thereon alleges, that venue is proper in this District pursuant to 28 U.S.C. Sections 1391(b) and 1391 (c) because a substantial part of the events giving rise to the claims occurred in this District.  Additionally, FIJI is informed and believes, and based thereon alleges, that the Court has personal jurisdiction over Defendants because Defendants conduct their ordinary business activities in this District, have focused a substantial portion of their unlawful conduct in Los Angeles County within this District, have distributed, and sought to distribute, infringing products in this District, and generally engage in business in this

District and the greater Los Angeles area.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

## I.    PLAINTIFFS

19.    FIJI produces, markets, sells and distributes bottled water products worldwide in connection with its highly distinctive FIJI® brand. FIJI began bottling, selling and marketing natural artesian mineral water from the Fiji Islands under its FIJI® brand in 1996.

20.    FIJI® brand water literally created the existing market for bottled water coming from the Fijian Islands. For almost ten years, until 2005, FIJI® brand water was the only commercially available bottled water which originated and was exported from, the Fijian Islands. Today, there are approximately ten bottled water products from the Fijian Islands, including FIJI® brand water.

21.    Since 1996, FIJI has invested approximately $72 million in the FIJI® brand. FIJI® brand water has become the best selling imported brand of bottled water in the United States, having sold over 1.1 billion bottles of water in just over a decade. FIJI also has built substantial goodwill in connection with its FIJI® brand in other countries, including, but not limited to, Fiji, Canada and Australia.

22.    Since 1996, FIJI has devoted a great deal of time, money and resources to creating and marketing its inherently distinctive, unique and innovative bottle, label, and packaging design which sets the FIJI® brand apart from its competition. The FIJI® brand is expensive to maintain. For instance, FIJI's inherently distinctive three-dimensional labels require specialized labelling equipment and is a more time consuming process than other labelling techniques. However, FIJI's inherently distinctive and unique label design has won international awards for print and packaging excellence and innovation and has become famous.

23.    FIJI's use of uniquely square-shaped packaging and product configuration, combined with its distinct color scheme, tropical motif and transparent labelling, makes the trade dress created by FIJI inherently distinctive ("FIJI Trade Dress"). Some of the

elements in the FIJI Trade Dress that make it inherently distinctive include, without limitation, the following:

      a.    a bottle design with a predominantly square shape (and square in shape where the label is affixed);

      b.    a bottle design which is clear and transparent to the naked eye;

      c.    a bottle design which includes a recessed central body portion defined by protruding shoulders and base portions, with the label positioned in the recessed body portion;

      d.    a bottle cap that is a distinct blue color;

      e.    an outer front label which includes the use of a colorful, tropical motif featuring a pink tropical flower in the lower right-hand corner of the label and bottle (from the consumer's perspective);

      f.    an inner back label which includes a depiction of tropical foliage;

      g.    the creation of a three dimensional effect created by use of a partially transparent label on the front panel of the bottle revealing the inner side of the back label;

      h.    prominent use of the four-letter, two-syllable word "FIJI," both syllables ending in the letter "i";

      i.    the stylization of the FIJI® Mark in block, capitalized white letters outlined;

      j.    a distinctive rainwater "drop" on the front portion of the label; and

      k.    a statement on the front label stating it is "From the islands of FIJI®/NATURAL ARTESIAN WATER." Attached hereto as Exhibit A is a true and correct copy of a photograph of the FIJI® Marks and Trade Dress as used in commerce.

    24.    With the exception of the addition of the rainwater "drop" on the front label added in 2007, the above-referenced elements of the FIJI Trade Dress have been continuously used in interstate commerce (and worldwide) in connection with FIJI's bottled water product for many years. In addition to being inherently distinctive, the

predominantly square design of the FIJI® brand bottle itself, combined with the additional trade dress elements, has acquired a secondary meaning, whereby the consuming public and those in the trade associate these features with FIJI as the single source.

25. FIJI uses numerous trademarks in interstate commerce in connection with its marketing, distribution and sale of artesian water, many of which are registered with the United States Patent and Trademark Office ("USPTO"). The registered trademarks and trade dress include, without limitation, the word mark FIJI® for use on natural, spring and artesian water (Registration Nos. 2703620 and 2164851); the stylized word mark FIJI® combined with the design of tropical flowers, foliage and water on the packaging of natural, spring and artesian water (Registration Nos. 2703802 and 2714973); the stylized mark FIJI® for use on drinking water and natural artesian water (Registration No. 3282520); the design of the stylized word FIJI® and a stylized rendering of a hibiscus flower surrounded by foliage and palm tree fronds for the use on drinking water and natural artesian water for drinking (Registration No. 3285644); the design of the stylized word FIJI® combined with the design of trees, palm tree fronds and flowers for use on drinking water and natural artisan water (Registration No. 3,385,371); the design of the stylized word FIJI® combined with the design of palm tree fronds, for use on drinking water and natural artisan water (Registration No. 3,381,795); the design of a hibiscus flower surrounded by foliage, above which appears the stylized word portion of the stylized word FIJI® for use on drinking water and natural artesian water (Registration No. 3282513); and the bottle and cap design for use on natural, spring and artesian water for drinking (Registration Nos. 2911918 and 2286974). FIJI also has numerous registered copyrights in the FIJI bottle labelling. Attached hereto as Exhibit B are true and correct copies of the trademark registration certificates for the registration of the above-referenced FIJI trademarks as issued by the USPTO.

26. Defendants had constructive notice of Plaintiffs' rights in their federally registered trademarks under 15 U.S.C. Section 1072.

{032518.5}

COMPLAINT

27.    Plaintiff Paramount International owns all right, title and interest to the FIJI trademarks and FIJI Trade Dress (collectively, the "FIJI Marks"). Attached hereto as Exhibit C are printouts of the assignment records of the USPTO reflecting Paramount International's ownership of the FIJI Marks and their federal registrations.

28.    The FIJI Marks were custom designed to convey the benefits, uniqueness and purity of water that fell hundreds of years ago, has been filtered through volcanic rock, and is now collected by FIJI from an artesian aquifer deep within the earth. Consistent with this theme, the FIJI Trade Dress incorporates, among other things and by way of example only, its unique square-shaped bottle that creates a three dimensional tropical, pure effect by having a partially transparent label on the bottle's front panel, revealing the tropical artwork on the inner back label.

29.    The FIJI Trade Dress also includes proprietary and specialized bottles that are manufactured exclusively for FIJI and require specialized and proprietary equipment and shrink wrap materials for labeling and packaging.

30.    The FIJI Marks are inherently distinctive. In the alternative, because of FIJI's exclusive and extensive use of the FIJI Marks, they have acquired considerable value and have become extremely well known to the consuming public as identifying and distinguishing FIJI exclusively, and uniquely, as the source of products to which the FIJI Marks are applied. Thereby, the FIJI Marks have acquired secondary meaning and distinctiveness.

31.    The FIJI Marks are used uniformly and consistently in every product, advertisement and promotion in commerce in connection with FIJI's bottled water products.

32.    FIJI, its distributors and their distributor customers, both nationally and internationally, have continuously and exclusively used the FIJI Marks to distinguish themselves as the source of goods and services in connection with the FIJI Marks.

33.    FIJI has been careful, skillful and diligent in conducting its business and maintaining uniform standards of high quality in its goods and services. As a result of

{032518.5}

COMPLAINT

these efforts, the FIJI Marks have acquired a public acceptance and reputation, thereby creating a very valuable public goodwill that inures to FIJI's benefit.

34.    Notwithstanding FIJI's rights in the FIJI Marks, and with notice of FIJI's rights, VITI has in the past, and is continuing to, advertise, distribute, and sell bottled water products which infringe the FIJI Marks. FIJI has never authorized or consented to any such use by VITI of the FIJI Marks.

## II.    **DEFENDANTS**

35.    In September 2007, FIJI became aware of Defendant FMW Water upon learning of a new bottled water product being sold under the name "VitiBlu," and in a standard round-shaped bottle. At that time and long thereafter, to FIJI's knowledge, sales and distribution of the VitiBlu product was limited to the Fijian Islands. Attached as Exhibit D is a printout of a photograph of the "VitiBlu" product being sold in September 2007 in the Fijian Islands.

36.    Defendant FMW Water is the registrant of the domain name vitiblu.com. Attached as Exhibit E is a printout of the "WhoIs" registration data for the vitiblu.com domain name.

37.    According to the website available at vitiblu.com, VitiBlu is distributed in several countries throughout the world and the "Contact Us" webpage states that Defendant FMW Water, located at 751 S. Weir Canyon Road., 157-351 in Anaheim, CA 92808 is the distributor for the VitiBlu product in the U.S. Attached as Exhibit F is a printout of the "Contact Us" webpage from the website available at vitiblu.com.

38.    On February 27, 2009, Defendant FMW Licensing, located at the same address as Defendant FMW Water, namely, 751 South Weir Canyon Road, #157-351 in Anaheim Hills, CA 92808, filed an application to register the trademark VITI for use in connection with "non alcoholic beverages, namely, drinking water" in International Class 32, assigned Serial No. 77/679,983 by the USPTO. Attached as Exhibit G is a printout from the USPTO's website showing the ownership and status of the VITI trademark application.

{032518.5}                                    9

39.    On July 30, 2009, FIJI filed a Notice of Opposition with the Trademark Trial and Appeals Board ("TTAB") opposing the registration of the VITI trademark on grounds that FIJI will be harmed due to the high likelihood of confusion between the VITI trademark and the FIJI® trademarks and trade dress when used in connection with identical products. Attached as Exhibit H is a printout from the TTAB's website of the Notice of Opposition filed against the VITI trademark registration, assigned Opposition No. 91191293.

40.    In or around early 2009, FIJI is informed and believes, and based thereon alleges, that, VITI intentionally changed not only the name of its VitiBlu bottled water product, but the overall branding of its VitiBlu product to include many of the FIJI® brand features. Such changes to the VitiBlu brand included, *inter alia*, (a) changing the name from VitiBlu to VITI, making it similar to FIJI®; (b) re-designing the bottle from a standard round-shaped bottled to the same shape, size and dimensions as the distinctive FIJI® bottle; (c) changing the stylization of the brand name from a cursive *VitiBlu* to an outlined block lettering of VITI, similar to FIJI®; (d) changing the label motif from mostly water with a hint of tropical foliage to primarily tropical foliage, similar to FIJI®; (e) changing the phrase "Mineral Water" on the front label to "Natural Artesian Mineral Water," similar to FIJI®; (e) adding a pink ribbon in the bottom right corner of the front label, similar to the pink hibiscus flower on the bottom right corner of the front label of FIJI®; and (f) the addition of a raindrop on the front label, similar to FIJI®.  VITI literally redesigned the trademark and trade dress of its VitiBlu product to copy the inherently distinctive FIJI Marks used by FIJI, and made famous by its distinctiveness, for years.  Attached as Exhibit I are printouts of photographs of the original VitiBlu product and the newly designed VITI product.

41.    In or about April 2009, FIJI is informed and believes, and based thereon alleges, that VITI began to arrange for distribution, marketing and selling their newly designed "VITI" branded bottled water products throughout the United States, including in California.  Recently, FIJI, on information and belief, has learned that VITI has taken

COMPLAINT

steps to significantly expand distribution of its products in California and nationwide.

42.    FIJI is informed and believes, and based thereon alleges, that Defendants Straub LLC, Straub Ltd., and Prestige are licensed distributors of the infringing VITI products.

43.    FIJI is further informed and believes, and based thereon alleges, that as part of their sales distribution efforts in the United Sates, VITI has improperly, and without authorization, willfully and knowingly infringed the inherently distinctive FIJI Marks.

44.    On the infringing products, by way of example only, and without limitation:

a.    the VITI product, like FIJI®, has a predominantly square shape (and square shape where the label is affixed);

b.    the VITI product, like FIJI®, uses a nearly identical bottle design which is clear and transparent to the naked eye;

c.    the VITI product, like FIJI®, uses a nearly identical bottle design with a recessed central body portion defined by protruding shoulders and base portions, with the label positioned in the recessed body portion;

d.    the VITI product, like FIJI®, uses a bottle cap which is a nearly identical shade of blue;

e.    the VITI product, like FIJI®, uses an outer front label which prominently uses the nearly identical color pink in the lower right-hand portion of the bottle (as viewed by a consumer);

f.    the VITI product, like FIJI®, uses an inner back label featuring a tropical motif;

g.    the VITI product, like FIJI®, uses a bottle that creates a three dimensional effect by use of a partially transparent label on the front panel of the bottle revealing the pictures on the inner side of the back label;

h.    the VITI product, like FIJI®, prominently displays a four-letter, two-syllable name "VITI," both syllables ending in the vowel "i";

{032518.5}

COMPLAINT

i.    the VITI product, like FIJI®, stylizes the "VITI" name in block, capitalized white letters outlined;

j.    the VITI product, like FIJI®, has a "water drop" on its front label;

k.    the VITI product, like FIJI®, has a nearly identical statement on the front label stating it is: "From the Mountains of Fiji Islands/VITI NATURAL ARTESIAN MINERAL WATER."

45.    Attached hereto as Exhibit J is a true and correct copy of a photograph of the infringing VITI water product.

46.    VITI intentionally copied the FIJI Marks for use in connection with bottled water, copying not only the inherently distinctive shape of the FIJI bottle but also most every element of the FIJI Trade Dress, including, inter alia, the inherently distinctive coloring of the product and bottle cap; label design, artwork, placement, wording and transparency; the tropical motif; and the four-letter-two syllable product name which is highly similar in sight, sound and meaning to Plaintiffs' FIJI mark ("Viti" means "Fiji" in Fijian).

47.    The goods offered for sale and sold by VITI are nearly identical to those of FIJI, and are sold in identical trade channels and are marketed and sold to identical classes of consumers who purchase bottled water with an identical level of sophistication and impulsivity.

48.    The natural, probable and foreseeable result of the intentional, willful and wrongful conduct of VITI has been to deprive FIJI of business and goodwill, and to injure FIJI's relationships with existing and prospective customers.

49.    Further, FIJI is informed and believes, and based thereon alleges, that VITI uses the inherently distinctive FIJI Marks in commerce so as to cause a likelihood of confusion between VITI's infringing product and the FIJI® product, or to cause mistake, or to deceive the relevant public that VITI's goods or services are authorized, sponsored or approved by or are affiliated with FIJI.  FIJI is further informed and believes, and based thereon alleges, that by intentionally misappropriating the FIJI

{032518.5}

12

COMPLAINT

1  Marks, VITI is currently causing customer confusion in the marketplace.

2      50.    FIJI is further informed and believes, and based thereon alleges, that it has

3  lost or will lose revenues from the sale of the inherently distinctive FIJI® products, and

4  has sustained and will sustain damages as a result of VITI's wrongful conduct in selling,

5  marketing and distributing the offending VITI infringing products.

6      51.    FIJI is further informed and believes, and based thereon alleges, that VITI

7  has been unjustly enriched by its sale and marketing of the infringing products.

8                          **FIRST CLAIM FOR RELIEF**

9              (Trademark Infringement Pursuant to 15 U.S.C. § 1114)

10     52.    FIJI incorporates by reference Paragraphs 1 through 51 above as though

11  fully set forth herein.

12     53.    VITI's imitation, copying, and unauthorized use in commerce of FIJI's

13  federally registered trademarks is likely to cause confusion, mistake, or to deceive the

14  consuming public and trade by creating the erroneous impression that VITI's products

15  have been manufactured, approved, sponsored, endorsed, or guaranteed by, or are in

16  some way affiliated with FIJI.

17     54.    The imitation, copying, and unauthorized use of the FIJI Marks causes

18  irreparable injury to FIJI, including injury to its business reputation and the goodwill

19  associated with the FIJI Marks.

20     55.    By reason of the foregoing, VITI has infringed FIJI's trademarks and has

21  violated, and is continuing to violate, 15 U.S.C. Section 1114.

22     56.    FIJI has no adequate remedy at law for these injuries.  Moreover, unless

23  VITI is restrained by this Court from continuing this imitation, copying and

24  unauthorized use of the Marks, these injuries will continue to occur.  FIJI is entitled to

25  an injunction restraining VITI, its officers, agents, distributors and employees, and all

26  persons acting in concert with them, from engaging in such further acts in violation of

27  15 U.S.C. Section 1116.

28     57.    By reason of VITI's willful acts of trademark infringement, FIJI is entitled

{032518.5}                          13

COMPLAINT

to damages and that those damages be trebled pursuant to 15 U.S.C. Section 1117.

58.    This is an exceptional case making FIJI eligible for an award of attorneys' fees under 15 U.S.C. Section 1117.

59.    FIJI is further entitled to recover from VITI the damages it has sustained and will sustain, and any gains, profits and advantages unfairly obtained by VITI as a result of VITI's acts of infringement alleged above.  At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by FIJI.

## SECOND CLAIM FOR RELIEF

(Trademark Infringement and False Designation of Origin

Pursuant to 15 U.S.C. § 1125(a))

60.    FIJI incorporates by reference Paragraphs 1 through 59 above as though fully set forth herein.

61.    VITI's use of the infringing trademarks has confused and is likely to continue to cause confusion or to cause mistake, or to deceive the consuming public into believing that VITI's goods or services are authorized, sponsored or approved by or are affiliate with FIJI.

62.    These acts constitute trademark infringement of the FIJI Marks and false designation of origin in violation of 15 U.S.C. Section 1125(a), entitling FIJI to relief.

63.    By reason of VITI's acts, FIJI is, and will continue to be, irreparably harmed if VITI is not enjoined.  FIJI's remedy at law is not adequate to compensate it for the injuries inflicted, and FIJI is therefore entitled to entry of injunctive relief pursuant to 15 U.S.C. Section 1116.

64.    The above-described acts of VITI have irreparably harmed and, if not enjoined, will continue to irreparably harm the general public, which has an interest in being free from confusion, mistake and deception.

65.    VITI has unfairly profited from the actions alleged and FIJI is therefore entitled to recover from VITI the damages sustained as a result of VITI's acts in violation of 15 U.S.C. Section 1125(a).  FIJI is at present unable to ascertain the full

extent of the monetary damages suffered by reason of VITI's acts, but FIJI is informed and believes, and based thereon alleges, that it has sustained such damages in an amount exceeding $1,000,000.

66.    Further, because of the willful nature of VITI's acts, FIJI is entitled to damages, and that those damages be trebled pursuant to 15 U.S.C. Section 1117.

67.    This is an exceptional case making FIJI eligible for an award of attorneys' fees pursuant to 15 U.S.C. Section 1117.

## THIRD CLAIM FOR RELIEF

(Trade Dress Infringement and False Designation of Origin

Pursuant to 15 U.S.C. § 1125(a))

68.    FIJI incorporates Paragraphs 1 through 67 above as though set forth fully herein.

69.    FIJI has used in interstate commerce an inherently distinctive product design in connection with the sale and marketing of FIJI® brand bottled water. The FIJI® product contains inherently distinctive, nonfunctional features which are protected under Lanham Act Section 43(a) [15 U.S.C. Section 1125(a)].

70.    VITI's use of the infringing trade dress has confused and is likely to continue to cause confusion or to cause mistake, or to deceive the consuming public into believing that FIJI's goods or services are authorized, sponsored or approved by or are affiliate with Plaintiffs.

71.    These acts constitute trade dress infringement of the FIJI Trade Dress and false designation of origin in violation of 15 U.S.C. Section 1125(a), entitling FIJI to relief.

72.    By reason of VITI's acts, FIJI is, and will continue to be, irreparably harmed if VITI is not enjoined from its infringing acts. FIJI's remedy at law is not adequate to compensate it for the injuries inflicted, and FIJI is therefore entitled to entry of injunctive relieve pursuant to 15 U.S.C. Section 1116.

73.    VITI has unfairly profited from the actions alleged, and FIJI is therefore

COMPLAINT

entitled to recover from VITI the damages sustained as a result of VITI's acts in violation of 15 U.S.C. Section 1125(a). FIJI is at present unable to ascertain the full extent of the monetary damages suffered by reason of VITI's acts, but FIJI is informed and believes, and based thereon alleges, that it has sustained such damages in an amount exceeding $1,000,000.

74.    Further, because of the willful nature of VITI's acts, FIJI is entitled to damages, and that those damages be trebled pursuant to 15 U.S.C. Section 1117.

75.    This is an exceptional case making FIJI eligible for an award of attorneys' fees pursuant to 15 U.S.C. Section 1117.

## FOURTH CLAIM FOR RELIEF

(Federal Trademark Dilution Pursuant to 15 U.S.C. § 1125(c))

76.    FIJI incorporates Paragraphs 1 through 75 above as though set forth fully herein.

77.    The FIJI Marks are inherently distinctive and famous under 15 U.S.C. Section 1125(c).

78.    VITI's use of FIJI's inherently distinctive and famous FIJI Marks in commerce began long after the FIJI Marks became famous.

79.    VITI's conduct causes and will continue to cause dilution of the distinctive quality of the famous FIJI Marks.

80.    VITI's conduct is the result of willful and wanton disregard of FIJI's established and superior rights. VITI adopted, used and continues to use FIJI's bottle and label design, despite having been put on notice and with full knowledge of FIJI's superior rights, and without authorization. FIJI has suffered, and will continue to suffer, irreparable injury as a result of VITI's unlawful actions and has no adequate remedy at law.

81.    By reason of VITI's acts, FIJI is, and will continue to be, irreparably harmed if VITI is not enjoined. FIJI's remedy at law is not adequate to compensate it for the injuries inflicted, and FIJI is therefore entitled to entry of injunctive relieve

{032518.5}

16

pursuant to 15 U.S.C. Section 1125(c).

82.   VITI has unfairly profited from the actions alleged, and FIJI is therefore entitled to recover from VITI the damages sustained as a result of VITI's acts in violation of 15 U.S.C. Section 1125(c).  FIJI is at present unable to ascertain the full extent of the monetary damages suffered by reason of VITI's acts, but FIJI is informed and believes, and based thereon alleges, that it has sustained such damages in an amount exceeding $1,000,000.

83.   Further, because of the willful nature of VITI's acts, FIJI is entitled to damages, and that those damages be trebled pursuant to 15 U.S.C. Sections 1125(c) and 1117.

84.   This is an exceptional case making FIJI eligible for an award of attorneys' fees pursuant to 1555 U.S.C. Sections 1125(c) and  1117.

## FIFTH CLAIM FOR RELIEF

(Violation of California Unfair Competition Pursuant to

Cal. Bus. & Prof. Code Sections 17200, 17500 et seq.)

85.   FIJI incorporates by reference Paragraphs 1 through 84 above as though fully set forth herein.

86.   FIJI is informed and believes that VITI is in direct competition with FIJI.

87.   VITI's willful, knowing and unauthorized promotion, advertisement, sale and offering for sale of infringing goods, causing confusion as to the source of the goods and causing harm to FIJI's goodwill, consist of untrue and misleading statements and constitute an unlawful appropriation of FIJI's exclusive rights in its FIJI trademarks and trade dress.

88.   By selling and offering for sale, infringing goods and services, VITI is in violation of FIJI's proprietary rights thereby constituting unfair competition as such acts constitute and unlawful, unfair, deceptive and/or fraudulent trade practices and unfair competition in violation of California Business & Professions Code Sections 17200, 17500 et seq.  The predicate acts comprising VITI's unlawful, unfair, deceptive and/or

{032518.5}

17

fraudulent trade practices or acts include, but are not limited to, the violations of law more fully set forth herein.

89.    As a direct and proximate result of VITI's wrongful conduct, FIJI has suffered injury in fact, which losses include damage to FIJI's goodwill with its existing, former and potential customers, and actual confusion between VITI's infringing products and the FIJI products.

90.    These wrongful acts have proximately caused and will continue to cause FIJI substantial injury, including loss of customers, dilution of goodwill, confusion of existing and potential customers, injury to reputation, and diminution of the value of FIJI's products.  The harm these wrongful acts will cause to FIJI is both imminent and irreparable, and the amount of damage sustained by FIJI will be impossible to ascertain if these acts continue.  As such, FIJI has no adequate remedy at law.

91.    Pursuant to California Business & Professions Code Section 17203, VITI is required to disgorge and restore to FIJI all profits and property acquired by means of VITI's unfair competition with FIJI.

92.    Pursuant to California Business & Professions Code Section 17203, FIJI is also entitled to a preliminary and permanent injunction restraining VITI, its respective officers, agents, employees, distributors and all persons acting in concert with them, from engaging in further such unlawful conduct.

## SIXTH CLAIM FOR RELIEF

(Violation of California Common Law Unfair Competition )

93.    FIJI incorporates Paragraphs 1 through 92 above as though set forth fully herein.

94.    As set forth above, VITI is a competitor of FIJI, and VITI's conduct constitutes unfair competition under California common law.

95.    By reason of VITI's conduct, FIJI has sustained and will continue to sustain, substantial injury, loss and damage, as set forth above.

96.    Further irreparable harm and injury to FIJI is imminent as a result of

{032518.5}

18

VITI's conduct, and FIJI is without an adequate remedy at law.

97.    FIJI is therefore entitled to an injunction restraining VITI, its agents, employees, representatives, distributors and all persons acting in concert with them, from engaging in further acts of unfair competition.

98.    FIJI is further entitled to recover from VITI the damages sustained by FIJI as a result of VITI's acts of unfair competition.  FIJI is at present unable to ascertain the full extent of the monetary damages it has suffered by reason of VITI's acts of unfair competition, but FIJI is informed and believes, and based thereon alleges, that they have sustained such damages in an amount exceeding $1,000,000.

99.    Finally, FIJI is informed and believes, and based thereon alleges, that VITI's conduct has been intentional and willful and in conscious disregard of FIJI's rights and, therefore, FIJI is entitled to exemplary or punitive damages under California Civil Code Section 3294 in an amount appropriate to punish VITI and to make an example of VITI to the community at large.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1.    That the Court enter judgment against each Defendant that:

a.    Defendants infringed the rights of Plaintiffs in their federally registered trademarks in violation of 15 U.S.C. Section 1114;

b.    Defendants infringed the rights of Plaintiffs in the FIJI trademarks in violation of 15 U.S.C. Section 1125;

c.    Defendants infringed the rights of Plaintiffs in the FIJI Trade Dress in violation of 15 U.S.C. Section 1125;

d.    Defendants diluted the trademarks of Plaintiffs in violation of 15 U.S.C. Section 1125;

e.    Defendants engaged in unfair competition and deceptive acts and practices in violation of California Business & Professions Code Sections 17200, 17500, et seq.; and

{032518.5}

19

   f. Defendants engaged in unfair competition and deceptive acts and practices in violation of California common law.

  2. That the Court enter judgment against each Defendant that the above acts, 1(a)-(f), were willful and intentional making this an exceptional case.

  3. That the Court issue a preliminary and permanent injunction enjoining and restraining Defendants and their agents, servants, employees, successors, assigns and all other persons acting in concert or in conspiracy with or affiliated with Defendants from:

   a. Engaging in any infringing activity including advertising, promoting, marketing, franchising, distributing, selling, and offering for sale, any goods or services in connection with the infringing marks identified herein or any mark similar to Plaintiffs' FIJI Marks; and

   b. Requiring Defendants to deliver up to Plaintiffs for destruction any and all packaging, advertising and promotional materials in Defendants' possession, custody or control, which contain the infringing marks and/or infringing trade dress.

  4. That Plaintiffs be awarded damages for Defendants' trademark and trade dress infringement, for Defendants' trademark dilution, and for unfair competition under the Lanham Act, as well as for unfair competition under California common law.

  5. That Plaintiffs be awarded all profits resulting from Defendants' infringement or dilution of Plaintiffs' rights and by means of Defendants' unfair competition with Plaintiffs.

  6. That Defendants be ordered to account for and disgorge to Plaintiffs all amounts by which Defendants have been unjustly enriched by reason of the unlawful acts complained of.

  7. That Plaintiffs be awarded damages resulting from Defendants' infringement in accordance with the provisions of 15 U.S.C. Section 1117.

  8. That damages resulting from Defendants' infringement and unfair competition under the Lanham Act be trebled due to Defendants' willfulness, in accordance with the provisions of 15 U.S.C. Section 1117.

9.     That Plaintiffs be awarded exemplary or punitive damages in an amount appropriate to punish Defendants and to make an example of the Defendants to the community.

10.     That Plaintiffs be awarded an amount sufficient to reimburse Plaintiffs for the costs of corrective advertising.

11.     For pre-judgment interest on all infringement and other appropriate damages.

12.     That the Court find this case to be exceptional and award Plaintiffs their reasonable attorneys' fees pursuant to 15 U.S.C. Section 1117, California law, and any other applicable provision of law.

13.     That the Court award Plaintiffs their costs of suit incurred herein.

14.     For such other or further relief as the Court may deem just and proper.


Dated: October / , 2009            ROLL INTERNATIONAL -LEGAL DEPT.


By:_____
       CHRISTOPHER VAN GUNDY
       JOIE MARIE GALLO
       ANDREW E. ASCH

       Attorneys for Plaintiffs
       Fiji Water Company LLC, Paramount
       International Export Ltd. and Natural
       Waters of Viti Limited

{032518.5}

21

COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial in connection with this action.

Dated: October _1_ , 2009                 ROLL INTERNATIONAL -LEGAL DEPT.

By: _____
CHRISTOPHER VAN GUNDY
JOIE MARIE GALLO
ANDREW E. ASCH

Attorneys for Plaintiffs
Fiji Water Company LLC, Paramount
International Export Ltd. and Natural
Waters of Viti Limited

{032518 5}                 22

COMPLAINT

EXHIBIT "A"



EXHIBIT "B"

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

Reg. No. 2,703,620

## United States Patent and Trademark Office

Registered Apr. 8, 2003

## TRADEMARK
## PRINCIPAL REGISTER

# FIJI

NATURAL WATERS OF VITI, LTD. (FIJI COR-
   PORATION)
P.O. BOX 4
ASPEN, CO 81612

FOR: NATURAL, SPRING AND ARTESIAN WA-
TER FOR DRINKING, IN CLASS 32 (U.S. CLS. 45, 46
AND 48).

FIRST USE 5-16-1997; IN COMMERCE 5-17-1997.

OWNER OF U.S. REG. NO. 2,164,851.

SEC. 2(F).

SER. NO. 76-162,278, FILED 11-10-2000.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46, and 48

## United States Patent and Trademark Office

Reg. No. 2,164,851

Registered June 9, 1998

## TRADEMARK
### SUPPLEMENTAL REGISTER

## FIJI

NATURAL WATERS OF VITI, LTD. (FIJI COR-
PORATION)
GROUND FLOOR, CIVIC HOUSE, GPO
BOX 14128
SUVA, FIJI ISLANDS, FIJI

FOR: NATURAL, SPRING, AND ARTESIAN
WATER FOR DRINKING, IN CLASS 32 (U.S.
CLS. 45, 46 AND 48).

FIRST USE 2-15-1997; IN COMMERCE
6-1-1997.

SER. NO. 75-189,302, FILED P.R. 10-29-1996;
AM. S.R. 3-30-1998.

MITCHELL FRONT, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 2,703,802

Registered Apr. 8, 2003

## TRADEMARK
### PRINCIPAL REGISTER



NATURAL WATERS OF VITI, LTD. (FIJI COR-
PORATION)
P.O. BOX 4
ASPEN, CO 81612

FOR: NATURAL, SPRING AND ARTESIAN WA-
TER FOR DRINKING, IN CLASS 32 (U.S. CLS. 45, 46
AND 48).

FIRST USE 5-17-1997; IN COMMERCE 5-17-1997.

OWNER OF U.S. REG. NOS. 2,164,851 AND
2,286,974.

THE MARK CONSISTS OF THE TERM "FIJI"
AND DESIGNS OF TROPICAL FLOWERS, FOLI-
AGE AND WATERFALLS PLACED ON THE
PACKAGING FOR THE GOODS. THE ACTUAL
SHAPE OF THE CONTAINER IS NOT CLAIMED
AS PART OF THE MARK AND APPEARS IN
DOTTED LINES.

SEC. 2(F).

SER. NO. 76-273,662, FILED 6-19-2001.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 2,714,973

Registered May 13, 2003

## TRADEMARK
### PRINCIPAL REGISTER



NATURAL WATERS OF VITI, LTD. (FIJI COR-
PORATION)
P.O. BOX 4
ASPEN, CO 81612

FOR: NATURAL, SPRING AND ARTESIAN WA-
TER FOR DRINKING, IN CLASS 32 (U.S. CLS. 45, 46
AND 48).

FIRST USE 5-16-1997; IN COMMERCE 5-17-1997.

OWNER OF U.S. REG. NOS. 2,164,851 AND
2,286,974.

SEC. 2(F) AS TO "FIJI".

SER. NO. 76-162,280, FILED 11-10-2000.

DAWN FELDMAN, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

United States Patent and Trademark Office

Reg. No. 3,282,520
Registered Aug. 21, 2007

## TRADEMARK
### PRINCIPAL REGISTER



PARAMOUNT INTERNATIONAL EXPORT, LTD. (CAYMAN ISLANDS COMPANY LIMITED BY SHARES)
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

FOR: DRINKING WATER; NATURAL ARTE-SIAN WATER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 5-17-1997; IN COMMERCE 5-17-1997.

OWNER OF U.S. REG. NOS. 2,703,620, 2,714,973 AND OTHERS.

SEC. 2(F).

SER. NO. 78-718,517, FILED 9-22-2005.

ROSELLE HERRERA, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

## United States Patent and Trademark Office

Reg. No. 3,285,644

Registered Aug. 28, 2007

## TRADEMARK
### PRINCIPAL REGISTER



PARAMOUNT INTERNATIONAL EXPORT, LTD. (CAYMAN ISLANDS COMPANY LIMITED BY SHARES)
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

FOR: DRINKING WATER; NATURAL ARTE-SIAN WATER FOR DRINKING, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 9-1-2005; IN COMMERCE 9-1-2005.

OWNER OF U.S. REG. NOS. 2,703,620, 2,937,191 AND OTHERS.

THE STIPPLING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF A LABEL PLACED ON THE FRONT OF A BOTTLE AND A LABEL PLACED ON THE BACK OF A BOTTLE. THE DESIGN ON THE FRONT LABEL CONSISTS OF THE STYLIZED WORD FIJI AND A STYLIZED RENDERING OF A HIBISCUS FLOWER SURROUNDED BY FOLIAGE. THE DESIGN ON THE BACK LABEL CONSISTS OF PALM TREE FRONDS, WHICH FACES THE INTER-IOR OF THE BOTTLE. WHEN THE TWO DESIGNS ARE VIEWED TOGETHER FROM THE FRONT, THEY FORM A COMPLETE SCENE. THE BOTTLE CAP AND BOTTLE CONFIGURATION ARE SHOWN IN DOTTED LINES AND ARE NOT CLAIMED AS A PART OF THE MARK.

SEC. 2(F) AS TO "FIJI".

SER. NO. 78-712,270, FILED 9-13-2005.

ANDREA BUTLER, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

## United States Patent and Trademark Office

Reg. No. 3,385,371
Registered Feb. 19, 2008

## TRADEMARK
### PRINCIPAL REGISTER



PARAMOUNT INTERNATIONAL EXPORT, LTD. (CAYMAN ISLANDS COMPANY LIMITED BY SHARES)
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

FOR: DRINKING WATER; BOTTLED NATURAL ARTESIAN WATER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 9-1-2005; IN COMMERCE 9-1-2005.

OWNER OF U.S. REG. NOS. 2,703,620 AND 2,714,973.

THE STIPPLING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF THE WORD FIJI CENTERED IN THE TOP THIRD OF THE MARK,

A STYLIZED DESIGN OF A HIBISCUS FLOWER SURROUNDED BY FOLIAGE APPEARS AT THE BOTTOM RIGHT HAND PART OF THE MARK, AND PALM TREE FRONDS EMANATE FROM THE TOP RIGHT HAND AND THE BOTTOM RIGHT HAND CORNER OF THE MARK. THE WORD FIJI AND THE HIBISCUS FLOWER SURROUNDED BY FOLIAGE ARE ON THE FRONT LABEL OF THE BOTTLE UPON WHICH THE MARK APPEARS, AND THE PALM TREE FRONDS ARE ON THE BACK LABEL OF THE BOTTLE WHICH IS TRANS-PARENT, CAUSING THE TWO LABELS TO BE VIEWED TOGETHER AS ONE MARK.

SEC. 2(F) AS TO FIJI.

SER. NO. 78-712,329, FILED 9-13-2005.

COLLEEN KEARNEY, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

Reg. No. 3,381,795

**United States Patent and Trademark Office**

Registered Feb. 12, 2008

## TRADEMARK
### PRINCIPAL REGISTER



PARAMOUNT INTERNATIONAL EXPORT, LTD. (CAYMAN ISLANDS COMPANY LIMITED BY SHARES)

11444 W. OLYMPIC BLVD., 10TH FLOOR

LOS ANGELES, CA 90064

FOR: DRINKING WATER; BOTTLED NATURAL ARTESIAN WATER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 9-1-2005; IN COMMERCE 9-1-2005.

OWNER OF U.S. REG. NOS. 2,703,620 AND 2,714,973.

THE MARK CONSISTS OF A STYLIZED RENDERING OF PALM TREE FRONDS AND THE WORD PORTION OF THE MARK, FIJI.

SEC. 2(F) AS TO FIJI.

SER. NO. 78-762,941, FILED 11-29-2005.

COLLEEN KEARNEY, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

Reg. No. 3,282,513

**United States Patent and Trademark Office**   Registered Aug. 21, 2007

## TRADEMARK
### PRINCIPAL REGISTER





PARAMOUNT INTERNATIONAL EXPORT, LTD. (CAYMAN ISLANDS COMPANY LIMITED BY SHARES)

11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

FOR: DRINKING WATER; NATURAL ARTE-SIAN WATER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 9-1-2005; IN COMMERCE 9-1-2005.

OWNER OF U.S. REG. NOS. 2,703,620, 2,714,973 AND OTHERS.

THE STIPPLING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF A STYLIZED REN-DERING OF A HIBISCUS FLOWER SURROUNDED BY FOILAGE, ABOVE WHICH APPEARS THE WORD PORTION OF THE MARK, FIJI.

SEC. 2(F) AS TO FIJI.

SER. NO. 78-712,299, FILED 9-13-2005.

CHERYL CLAYTON, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

## United States Patent and Trademark Office

Reg. No. 2,911,918
Registered Dec. 21, 2004

## TRADEMARK
## PRINCIPAL REGISTER



NATURAL WATERS OF VITI, LTD. (FIJI COR-
     PORATION)
P.O. BOX 4
ASPEN, CO 81612

FOR: NATURAL, SPRING AND ARTESIAN WA-
TER FOR DRINKING, IN CLASS 32 (U.S. CLS. 45, 46
AND 48).

FIRST USE 5-16-1997; IN COMMERCE 5-17-1997.

OWNER OF U.S. REG. NO. 2,286,974.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE THE REPRESENTATION OF THE

SHAPE OF THE BOTTLE CAP, APART FROM THE
MARK AS SHOWN.

THE CAP IS LINED FOR THE COLOR BLUE.

THE MARK CONSISTS OF A CONFIGURATION
OF A BOTTLE AND CAP. THE BOTTLE AND CAP
ARE DEPICTED IN SOLID LINES AND ARE PART
OF THE MARK.

SEC. 2(F).

SER. NO. 76-162,286, FILED 11-10-2000.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

## United States Patent and Trademark Office

Reg. No. 2,286,974

Registered Oct. 19, 1999

## TRADEMARK
## PRINCIPAL REGISTER



NATURAL WATERS OF VITI, LTD. (FIJI COR-
PORATION)
GROUND FLOOR, CIVIC HOUSE, GPO
BOX 14128
SUVA, FIJI ISLANDS, FIJI

FOR: NATURAL SPRING AND ARTESIAN
WATER FOR DRINKING, IN CLASS 32 (U.S.
CLS. 45, 46 AND 48).
FIRST USE 5–16–1997; IN COMMERCE
5–17–1997.
THE MARK CONSISTS OF DESIGNS SHOWN
ON LABELS ON THE FRONT AND BACK OF
THE BOTTLE. THE DESIGN ON THE FRONT
LABEL CONSISTS OF TROPICAL FLOWERS
AND FOLIAGE. THE DESIGN ON THE BACK
LABEL CONSISTS OF A WATERFALL WHICH
FACES THE INTERIOR OF THE BOTTLE.
WHEN THE DESIGNS ARE VIEWED TOGETH-
ER FROM THE FRONT, THEY FORM A COM-
PLETE SCENE. THE BOTTLE, CAP AND
LABELS ARE DEPICTED IN DOTTED LINES
TO SHOW PLACEMENT ONLY AND ARE NOT
PART OF THE MARK.

SER. NO. 75–313,250, FILED 6–23–1997.

ELIZABETH PASQUINE, EXAMINING ATTOR-
NEY

EXHIBIT "C"

 **United States Patent and Trademark Office**

Home│Site Index│Search│Guides│Contacts│eBusiness│eBiz alerts│News│Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

| | | | |
|---|---|---|---|
| **Serial #:** 76162278 | **Filing Dt:** 11/10/2000 | **Reg #:** 2703620 | **Reg. Dt:** 04/08/2003 |

**Registrant:** Natural Waters of Viti, Ltd.

**Mark:** FIJI

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3245/0897 | **Received:** 02/11/2006 | **Recorded:** 02/11/2006 | **Pages:** 5 |

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNOR; ASSIGNEE'S CITIZENSHIP; EXECUTION DATE PREVIOUSLY RECORDED ON REEL 003036 FRAME 0945. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL.

**Assignor:** NATURAL WATERS OF VITI, LTD.

**Exec Dt:** 02/07/2005
**Entity Type:** CORPORATION
**Citizenship:** FIJI

**Assignee:** FIJI WATER COMPANY LLC
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CALIFORNIA 90064

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

**Assignment: 2**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3036/0945 | **Received:** 03/01/2005 | **Recorded:** 03/01/2005 | **Pages:** 5 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** NATURAL WATER OF VITI LIMITED

**Exec Dt:** 03/01/2005
**Entity Type:** CORPORATION
**Citizenship:** FIJI

**Assignee:** FIJI WATER COMPANY LLC
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CALIFORNIA 90064

**Entity Type:** LIMITED LIMITED COMPANY
**Citizenship:** DELAWARE

**Correspondent:** LATUNDA POWELL
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

**Assignment: 3**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3302/0259 | **Received:** 05/03/2006 | **Recorded:** 05/03/2006 | **Pages:** 5 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** FIJI WATER COMPANY LLC

**Exec Dt:** 04/26/2006
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

**Assignee:** PARAMOUNT INTERNATIONAL EXPORT, LTD.
11444 W. OLYMPIC BLVD., 10TH FL.
LOS ANGELES, CALIFORNIA 90064

**Entity Type:** A CAYMAN ISLANDS COMPANY
LIMITED SHARES
**Citizenship:** CAYMAN ISLANDS

**Correspondent:** LATUNDA POWELL
11444 W. OLYMPIC BLVD., 10TH FL.
LOS ANGELES, CA 90064

Search Results as of: 08/21/2009 02:05 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

## Trademark Assignment Abstract of Title

**Total Assignments: 3**

| | | | |
|---|---|---|---|
| **Serial #:** 75189302 | **Filing Dt:** 10/29/1996 | **Reg #:** 2164851 | **Reg. Dt:** 06/09/1998 |
| **Registrant:** Natural Waters of Viti, Ltd. | | | |
| **Mark:** FIJI | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3245/0897 | **Received:** 02/11/2006 | **Recorded:** 02/11/2006 | **Pages:** 5 |

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNOR; ASSIGNEE'S CITIZENSHIP; EXECUTION DATE PREVIOUSLY RECORDED ON REEL 003036 FRAME 0945. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL.

| | |
|---|---|
| **Assignor:** NATURAL WATERS OF VITI, LTD. | **Exec Dt:** 02/07/2005 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** FIJI |
| **Assignee:** FIJI WATER COMPANY LLC | **Entity Type:** LIMITED LIABILITY COMPANY |
| 11444 W. OLYMPIC BLVD., 10TH FLOOR | **Citizenship:** DELAWARE |
| LOS ANGELES, CALIFORNIA 90064 | |
| **Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR | |
| 11444 W. OLYMPIC BLVD., 10TH FLOOR | |
| LOS ANGELES, CA 90064 | |

**Assignment: 2**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3036/0945 | **Received:** 03/01/2005 | **Recorded:** 03/01/2005 | **Pages:** 5 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

| | |
|---|---|
| **Assignor:** NATURAL WATER OF VITI LIMITED | **Exec Dt:** 03/01/2005 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** FIJI |
| **Assignee:** FIJI WATER COMPANY LLC | **Entity Type:** LIMITED LIMITED COMPANY |
| 11444 W. OLYMPIC BLVD., 10TH FLOOR | **Citizenship:** DELAWARE |
| LOS ANGELES, CALIFORNIA 90064 | |
| **Correspondent:** LATUNDA POWELL | |
| 11444 W. OLYMPIC BLVD., 10TH FLOOR | |
| LOS ANGELES, CA 90064 | |

**Assignment: 3**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3302/0259 | **Received:** 05/03/2006 | **Recorded:** 05/03/2006 | **Pages:** 5 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

| | |
|---|---|
| **Assignor:** FIJI WATER COMPANY LLC | **Exec Dt:** 04/26/2006 |
| | **Entity Type:** LIMITED LIABILITY COMPANY |
| | **Citizenship:** DELAWARE |
| **Assignee:** PARAMOUNT INTERNATIONAL EXPORT, LTD. | **Entity Type:** A CAYMAN ISLANDS COMPANY LIMITED SHARES |
| 11444 W. OLYMPIC BLVD., 10TH FL. | **Citizenship:** CAYMAN ISLANDS |
| LOS ANGELES, CALIFORNIA 90064 | |
| **Correspondent:** LATUNDA POWELL | |
| 11444 W. OLYMPIC BLVD., 10TH FL. | |
| LOS ANGELES, CA 90064 | |

Search Results as of: 08/21/2009 02 07 PM
If you have any comments or questions concerning the data displayed, contact PRD ; Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 76273662    **Filing Dt:** 06/19/2001    **Reg #:** 2703802    **Reg. Dt:** 04/08/2003
**Registrant:** Natural Waters of Viti, Ltd.
**Mark:** FIJI

**Assignment: 1**

**Reel/Frame:** 3245/0897    **Received:** 02/11/2006    **Recorded:** 02/11/2006    **Pages:** 5
**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNOR; ASSIGNEE'S CITIZENSHIP; EXECUTION DATE PREVIOUSLY RECORDED ON REEL 003036 FRAME 0945. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL.

**Assignor:** NATURAL WATERS OF VITI, LTD.    **Exec Dt:** 02/07/2005
    **Entity Type:** CORPORATION
    **Citizenship:** FIJI

**Assignee:** FIJI WATER COMPANY LLC    **Entity Type:** LIMITED LIABILITY COMPANY
    11444 W. OLYMPIC BLVD., 10TH FLOOR    **Citizenship:** DELAWARE
    LOS ANGELES, CALIFORNIA 90064

**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
    11444 W. OLYMPIC BLVD., 10TH FLOOR
    LOS ANGELES, CA 90064

**Assignment: 2**

**Reel/Frame:** 3036/0945    **Received:** 03/01/2005    **Recorded:** 03/01/2005    **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** NATURAL WATER OF VITI LIMITED    **Exec Dt:** 03/01/2005
    **Entity Type:** CORPORATION
    **Citizenship:** FIJI

**Assignee:** FIJI WATER COMPANY LLC    **Entity Type:** LIMITED LIMITED COMPANY
    11444 W. OLYMPIC BLVD., 10TH FLOOR    **Citizenship:** DELAWARE
    LOS ANGELES, CALIFORNIA 90064

**Correspondent:** LATUNDA POWELL
    11444 W. OLYMPIC BLVD., 10TH FLOOR
    LOS ANGELES, CA 90064

**Assignment: 3**

**Reel/Frame:** 3302/0259    **Received:** 05/03/2006    **Recorded:** 05/03/2006    **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** FIJI WATER COMPANY LLC    **Exec Dt:** 04/26/2006
    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** DELAWARE

**Assignee:** PARAMOUNT INTERNATIONAL EXPORT, LTD.    **Entity Type:** A CAYMAN ISLANDS COMPANY
    11444 W. OLYMPIC BLVD., 10TH FL.    LIMITED SHARES
    LOS ANGELES, CALIFORNIA 90064    **Citizenship:** CAYMAN ISLANDS

**Correspondent:** LATUNDA POWELL
    11444 W. OLYMPIC BLVD., 10TH FL.
    LOS ANGELES, CA 90064

Search Results as of: 08/21/2009 02:08 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 76162280   **Filing Dt:** 11/10/2000   **Reg #:** 2714973   **Reg. Dt:** 05/13/2003

**Registrant:** Natural Waters of Viti, Ltd.

**Mark:** FIJI

**Assignment: 1**

**Reel/Frame:** 3245/0897   **Received:** 02/11/2006   **Recorded:** 02/11/2006   **Pages:** 5

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNOR; ASSIGNEE'S CITIZENSHIP; EXECUTION DATE PREVIOUSLY RECORDED ON REEL 003036 FRAME 0945. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL.

**Assignor:** NATURAL WATERS OF VITI, LTD.   **Exec Dt:** 02/07/2005
**Entity Type:** CORPORATION
**Citizenship:** FIJI

**Assignee:** FIJI WATER COMPANY LLC   **Entity Type:** LIMITED LIABILITY COMPANY
11444 W. OLYMPIC BLVD., 10TH FLOOR   **Citizenship:** DELAWARE
LOS ANGELES, CALIFORNIA 90064

**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

**Assignment: 2**

**Reel/Frame:** 3036/0945   **Received:** 03/01/2005   **Recorded:** 03/01/2005   **Pages:** 5

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** NATURAL WATER OF VITI LIMITED   **Exec Dt:** 03/01/2005
**Entity Type:** CORPORATION
**Citizenship:** FIJI

**Assignee:** FIJI WATER COMPANY LLC   **Entity Type:** LIMITED LIMITED COMPANY
11444 W. OLYMPIC BLVD., 10TH FLOOR   **Citizenship:** DELAWARE
LOS ANGELES, CALIFORNIA 90064

**Correspondent:** LATUNDA POWELL
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

**Assignment: 3**

**Reel/Frame:** 3302/0259   **Received:** 05/03/2006   **Recorded:** 05/03/2006   **Pages:** 5

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** FIJI WATER COMPANY LLC   **Exec Dt:** 04/26/2005
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

**Assignee:** PARAMOUNT INTERNATIONAL EXPORT, LTD.   **Entity Type:** A CAYMAN ISLANDS COMPANY LIMITED SHARES
11444 W. OLYMPIC BLVD., 10TH FL.   **Citizenship:** CAYMAN ISLANDS
LOS ANGELES, CALIFORNIA 90064

**Correspondent:** LATUNDA POWELL
11444 W. OLYMPIC BLVD., 10TH FL.
LOS ANGELES, CA 90064

Search Results as of: 08/21/2009 02:09 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**
**Serial #:** 78718517          **Filing Dt:** 09/22/2005          **Reg #:** 3282520          **Reg. Dt:** 08/21/2007
**Registrant:** PARAMOUNT INTERNATIONAL EXPORT, LTD.
**Mark:** FIJI

**Assignment: 1**
**Reel/Frame:** 3413/0564          **Received:** 10/20/2006          **Recorded:** 10/20/2006          **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** FIJI WATER COMPANY LLC                    **Exec Dt:** 10/19/2006
                                                        **Entity Type:** LIMITED LIABILITY COMPANY
                                                        **Citizenship:** DELAWARE
**Assignee:** PARAMOUNT INTERNATIONAL EXPORT, LTD.      **Entity Type:** COMPANY LIMITED BY SHARES
            11444 W. OLYMPIC BLVD., 10TH FLOOR
            LOS ANGELES, CALIFORNIA 90064               **Citizenship:** CAYMAN ISLANDS
**Correspondent:** CHRISTINE L. LOFGREN, ESQ.
                 1900 AVENUE OF THE STARS, 7TH FLOOR
                 JEFFER, MANGELS, BUTLER & MARMARO LLP
                 LOS ANGELES, CA 90067

Search Results as of: 08/21/2009 02 01 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78712270 | **Filing Dt:** 09/13/2005 | **Reg #:** 3285644 | **Reg. Dt:** 08/28/2007 |

**Registrant:** PARAMOUNT INTERNATIONAL EXPORT, LTD.

**Mark:** FIJI

**Assignment: 1**

**Reel/Frame:** 3413/0564    **Received:** 10/20/2006    **Recorded:** 10/20/2006    **Pages:** 5

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** FIJI WATER COMPANY LLC

**Exec Dt:** 10/19/2006
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

**Assignee:** PARAMOUNT INTERNATIONAL EXPORT, LTD.
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CALIFORNIA 90064

**Entity Type:** COMPANY LIMITED BY SHARES
**Citizenship:** CAYMAN ISLANDS

**Correspondent:** CHRISTINE L. LOFGREN, ESQ.
1900 AVENUE OF THE STARS, 7TH FLOOR
JEFFER, MANGELS, BUTLER & MARMARO LLP
LOS ANGELES, CA 90067

Search Results as of: 08/21/2009 02:00 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 78712329     **Filing Dt:** 09/13/2005     **Reg #:** 3385371     **Reg. Dt:** 02/19/2008

**Registrant:** PARAMOUNT INTERNATIONAL EXPORT, LTD.

**Mark:** FIJI

**Assignment: 1**

**Reel/Frame:** 3413/0564     **Received:** 10/20/2006     **Recorded:** 10/20/2006     **Pages:** 5

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** FIJI WATER COMPANY LLC     **Exec Dt:** 10/19/2006

    **Entity Type:** LIMITED LIABILITY COMPANY

    **Citizenship:** DELAWARE

**Assignee:** PARAMOUNT INTERNATIONAL EXPORT, LTD.     **Entity Type:** COMPANY LIMITED BY SHARES
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CALIFORNIA 90064     **Citizenship:** CAYMAN ISLANDS

**Correspondent:** CHRISTINE L. LOFGREN, ESQ.
1900 AVENUE OF THE STARS, 7TH FLOOR
JEFFER, MANGELS, BUTLER & MARMARO LLP
LOS ANGELES, CA 90067

Search Results as of: 08/26/2009 02:42 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78762941 | **Filing Dt:** 11/29/2005 | **Reg #:** 3381795 | **Reg. Dt:** 02/12/2008 |

**Registrant:** PARAMOUNT INTERNATIONAL EXPORT, LTD.

**Mark:** FIJI

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3413/0564 | **Received:** 10/20/2006 | **Recorded:** 10/20/2006 | **Pages:** 5 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** FIJI WATER COMPANY LLC

**Exec Dt:** 10/19/2006
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

**Assignee:** PARAMOUNT INTERNATIONAL EXPORT, LTD.
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CALIFORNIA 90064

**Entity Type:** COMPANY LIMITED BY SHARES
**Citizenship:** CAYMAN ISLANDS

**Correspondent:** CHRISTINE L. LOFGREN, ESQ.
1900 AVENUE OF THE STARS, 7TH FLOOR
JEFFER, MANGELS, BUTLER & MARMARO LLP
LOS ANGELES, CA 90067

Search Results as of: 08/26/2009 02:46 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help 

**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments:** 1
**Serial #:** 78712299      **Filing Dt:** 09/13/2005      **Reg #:** 3282513      **Reg. Dt:** 08/21/2007
**Registrant:** PARAMOUNT INTERNATIONAL EXPORT, LTD.
**Mark:** FIJI
**Assignment:** 1
**Reel/Frame:** 3413/0564      **Received:** 10/20/2006      **Recorded:** 10/20/2006      **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** FIJI WATER COMPANY LLC                                        **Exec Dt:** 10/19/2006
                                                                            **Entity Type:** LIMITED LIABILITY COMPANY
                                                                            **Citizenship:** DELAWARE

**Assignee:** PARAMOUNT INTERNATIONAL EXPORT, LTD.          **Entity Type:** COMPANY LIMITED BY
              11444 W. OLYMPIC BLVD., 10TH FLOOR                              SHARES
              LOS ANGELES, CALIFORNIA 90064                   **Citizenship:** CAYMAN ISLANDS
**Correspondent:** CHRISTINE L. LOFGREN, ESQ.
                   1900 AVENUE OF THE STARS, 7TH FLOOR
                   JEFFER, MANGELS, BUTLER & MARMARO LLP
                   LOS ANGELES, CA 90067

Search Results as of: 08/21/2009 02:00 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help 

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

## Total Assignments: 3

| | | | | |
|---|---|---|---|---|
| **Serial #:** 76162286 | **Filing Dt:** 11/10/2000 | | **Reg #:** 2911918 | **Reg. Dt:** 12/21/2004 |
| **Registrant:** Natural Waters of Viti, Ltd. | | | | |
| **Mark:** | | | | |

### Assignment: 1

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3245/0897 | **Received:** 02/11/2006 | **Recorded:** 02/11/2006 | **Pages:** 5 |

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNOR; ASSIGNEE'S CITIZENSHIP; EXECUTION DATE PREVIOUSLY RECORDED ON REEL 003036 FRAME 0945. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL.

| | |
|---|---|
| **Assignor:** NATURAL WATERS OF VITI, LTD. | **Exec Dt:** 02/07/2005 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** FIJI |
| **Assignee:** FIJI WATER COMPANY LLC | **Entity Type:** LIMITED LIABILITY COMPANY |
| 11444 W. OLYMPIC BLVD., 10TH FLOOR | **Citizenship:** DELAWARE |
| LOS ANGELES, CALIFORNIA 90064 | |
| **Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR | |
| 11444 W. OLYMPIC BLVD., 10TH FLOOR | |
| LOS ANGELES, CA 90064 | |

### Assignment: 2

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3036/0945 | **Received:** 03/01/2005 | **Recorded:** 03/01/2005 | **Pages:** 5 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

| | |
|---|---|
| **Assignor:** NATURAL WATER OF VITI LIMITED | **Exec Dt:** 03/01/2005 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** FIJI |
| **Assignee:** FIJI WATER COMPANY LLC | **Entity Type:** LIMITED LIMITED COMPANY |
| 11444 W. OLYMPIC BLVD., 10TH FLOOR | **Citizenship:** DELAWARE |
| LOS ANGELES, CALIFORNIA 90064 | |
| **Correspondent:** LATUNDA POWELL | |
| 11444 W. OLYMPIC BLVD., 10TH FLOOR | |
| LOS ANGELES, CA 90064 | |

### Assignment: 3

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3302/0259 | **Received:** 05/03/2006 | **Recorded:** 05/03/2006 | **Pages:** 5 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

| | |
|---|---|
| **Assignor:** FIJI WATER COMPANY LLC | **Exec Dt:** 04/26/2006 |
| | **Entity Type:** LIMITED LIABILITY COMPANY |
| | **Citizenship:** DELAWARE |
| **Assignee:** PARAMOUNT INTERNATIONAL EXPORT, LTD. | **Entity Type:** A CAYMAN ISLANDS COMPANY LIMITED SHARES |
| 11444 W. OLYMPIC BLVD., 10TH FL. | **Citizenship:** CAYMAN ISLANDS |
| LOS ANGELES, CALIFORNIA 90064 | |
| **Correspondent:** LATUNDA POWELL | |
| 11444 W. OLYMPIC BLVD., 10TH FL. | |
| LOS ANGELES, CA 90064 | |

Search Results as of: 08/21/2009 01:58 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 19, 2008 v.2.0.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



**United States Patent and Trademark Office**

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 75313250      **Filing Dt:** 06/23/1997      **Reg #:** 2286974      **Reg. Dt:** 10/19/1999
**Registrant:** Natural Waters of Viti, Ltd.
**Mark:**

### Assignment: 1

**Reel/Frame:** 3245/0897      **Received:** 02/11/2006      **Recorded:** 02/11/2006      **Pages:** 5
**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNOR; ASSIGNEE'S CITIZENSHIP; EXECUTION DATE PREVIOUSLY RECORDED ON REEL 003036 FRAME 0945. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL.

**Assignor:** NATURAL WATERS OF VITI, LTD.        **Exec Dt:** 02/07/2005
                                                  **Entity Type:** CORPORATION
                                                  **Citizenship:** FIJI

**Assignee:** FIJI WATER COMPANY LLC               **Entity Type:** LIMITED LIABILITY COMPANY
    11444 W. OLYMPIC BLVD., 10TH FLOOR            **Citizenship:** DELAWARE
    LOS ANGELES, CALIFORNIA 90064

**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
    11444 W. OLYMPIC BLVD., 10TH FLOOR
    LOS ANGELES, CA 90064

### Assignment: 2

**Reel/Frame:** 3036/0945      **Received:** 03/01/2005      **Recorded:** 03/01/2005      **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** NATURAL WATER OF VITI LIMITED         **Exec Dt:** 03/01/2005
                                                  **Entity Type:** CORPORATION
                                                  **Citizenship:** FIJI

**Assignee:** FIJI WATER COMPANY LLC               **Entity Type:** LIMITED LIMITED COMPANY
    11444 W. OLYMPIC BLVD., 10TH FLOOR            **Citizenship:** DELAWARE
    LOS ANGELES, CALIFORNIA 90064

**Correspondent:** LATUNDA POWELL
    11444 W. OLYMPIC BLVD., 10TH FLOOR
    LOS ANGELES, CA 90064

### Assignment: 3

**Reel/Frame:** 3302/0259      **Received:** 05/03/2006      **Recorded:** 05/03/2006      **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** FIJI WATER COMPANY LLC                **Exec Dt:** 04/26/2006
                                                  **Entity Type:** LIMITED LIABILITY COMPANY
                                                  **Citizenship:** DELAWARE

**Assignee:** PARAMOUNT INTERNATIONAL EXPORT, LTD.  **Entity Type:** A CAYMAN ISLANDS COMPANY
    11444 W. OLYMPIC BLVD., 10TH FL.                  LIMITED SHARES
    LOS ANGELES, CALIFORNIA 90064                 **Citizenship:** CAYMAN ISLANDS

**Correspondent:** LATUNDA POWELL
    11444 W. OLYMPIC BLVD., 10TH FL.
    LOS ANGELES, CA 90064

Search Results as of: 08/21/2009 01:56 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2009 v.2.0.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

EXHIBIT "D"



EXHIBIT "E"

TrafficZ  **DomainTools**  LeaseThis.com          Show Summary View                                    Guest! Login/Join



Ads by Google

**Free Domain Registration**
Free Domain with Annual Hosting from
Network Solutions-ICANN Accred
NetworkSolutions.com/
Domains

**Who Owns This Domain**
Find Out Who Owns the Domain
You Want. Purchase or Make an Offer!
Register.com



Google [                    ] [ Search ]

## VitiBlu.com Whois Record ( Viti Blu )

[ Domain name ]   [ Whois ]

### Front Page Information                                    **Thumbnail:**          **2009-07-14**

| | |
|---|---|
| **Website Title:** | VitiBlu |
| **Title Relevancy** | 0% |
| **SEO Score:** | 0% |
| **AboutUs:** | Wiki article on Vitiblu.com |

### Registry Data

| | |
|---|---|
| **ICANN Registrar:** | NETWORK SOLUTIONS, LLC. |
| **Created:** | 2006-05-31 |
| **Expires:** | 2010-05-31 |
| **Updated:** | 2007-10-27 |
| **Registrar Status:** | clientTransferProhibited |
| **Name Server:** | NS41.WORLDNIC.COM (has 2,903,632 domains) |
| **Name Server:** | NS42.WORLDNIC.COM (has 2,903,632 domains) |
| **Whois Server:** | whois.networksolutions.com |

### Server Data

| | |
|---|---|
| **IP Address:** | 205.178.145.65 Whois \| Reverse-IP \| Ping \| DNS Lookup \| Traceroute |
| **IP Location** | - Virginia - Herndon - Network Solutions Llc |
| **Response Code:** | 200 |
| **Domain Status:** | Registered And Active Website |

### DomainTools Exclusive

| | |
|---|---|
| **Registrant Search:** | "Fiji Mineral Water USA, LLC" owns about 6 other domains |
| **Email Search:** | lalslaw@msn.com is associated with about 6 domains |
| **Registrar History:** | 2 registrars |
| **NS History:** | 2 changes on 2 unique name servers over 2 years. |
| **IP History:** | 51 changes on 16 unique name servers over 3 years. |
| **Whois History:** | 8 records have been archived since 2007-11-05 |
| **Reverse IP:** | 361,917 other sites hosted on this server. |
| **Monitor Domain:** | Set Free Alerts on vitiblu.com |
| **Free Tool:** | Download DomainTools for Windows |

### Whois Record

Registrant:
Fiji Mineral Water USA, LLC
   751 S Weir Canyon Road #351
   Anaheim Hills, CA 92808
   US

Domain Name: VITIBLU.COM

### SEO Text Browser

Loading...    SEO Text Browser
false

```
Administrative Contact, Technical Contact:
   Fiji Mineral Water USA, LLC          laislaw@msn.com

   751 S Weir Canyon Road #351
   Anaheim Hills, CA 92808
   US
   714-366-9531

Record expires on 31-May-2010.
Record created on 24-Oct-2007.
Database last updated on 14-Sep-2009 19:13:51 EDT.

Domain servers in listed order:

NS41.WORLDNIC.COM              205.178.190.21
NS42.WORLDNIC.COM              205.178.144.21
```



http://www.vitiblu.com

Disable SEO Text Browser [ Beta ]

### Other TLDs

.com  .net  .org  .biz  .info  .us

### Symbol Key

Show Key

### Domains At Auction

| Domain | Auction Date |
|---|---|
| StudioPreviTi.com | 09-15-2009 |
| 1StopActivities.com | 09-15-2009 |
| Adaptivities.com | 09-15-2009 |
| FIGVitiSI.com | 09-15-2009 |
| YourActivities.com | 09-16-2009 |
| TheVitaMinsHoppe.com | 09-16-2009 |
| C-Activities.com | 09-16-2009 |
| AllActivitiesClub.com | 09-16-2009 |
| ExclusiVti.com | 09-16-2009 |
| ProgressViticole.com | 09-16-2009 |
| ActivitiesKauai.com | 09-17-2009 |

### Compare Similar Domains

| Domain | Created |
|---|---|
| Vi Tib | 2000-04-03 |
| Vtb Ca | 2000-04-06 |
| Vtti Best | 2000-06-27 |
| Viti Az Ev | 2002-10-19 |
| Vi Tic | 2003-03-08 |
| Viti Bank | 2003-12-28 |
| Viti Bath | 2005-04-18 |
| Viti Bzf | 2005-06-01 |
| Viti Blog | 2005-10-09 |
| Viti Bulioni Cerniere | 2006-03-15 |
| Vtb Bank Online | 2006-03-27 |
| Vtb Blue | 2006-05-30 |
| Viti Blu | 2006-05-31 |
| Viti Cam | 2006-11-08 |
| Vtb Cal | 2006-11-09 |

### Customize This Page

Select the items you want to be shown on this page. Login to save preferences.

☑ Front Page    ☑ Indexed Data
☑ Server Data   ☑ Registry Data
☑ Exclusive Data ☑ Whois Record

EXHIBIT "F"



Home    Taste Paradise    Silica Miracle    Our Products    Contact Us    Online Order    Helping Hands

## Our Offices are Situated Worldwide

**Taste Paradise**

Artesian Water
Bottled at Source
Product of Fiji
Philosophy-Profile

**Silica Miracle**

**Our Products**

**Contact Us**

**Online Order**

**Helping Hands**

Contact Us at VitiBlu:

### Mineral Waters of Fiji
Drasa Mountain, Johnson Road,
PO Box 112, Lautoka, Fiji Islands.
Telephone: + (679) 664-0482 | Facsimile: + (679) 664-0167
Email Us for More Information - Click Here

**OUR FIJI DISTRIBUTORS**
Fiji and South Pacific
Mineral Water of Fiji
Box 112, Lautoka, Fiji.
Tel: (679) 664-0482
Fax: (679) 664-0167
info@vitiblu.com
www.vitiblu.com

For Public Relations, please contact:
pr@vitiblu.com

For Consumer Request, please contact:
customercare@vitiblu.com

For Sales and Distribution, please
contact: sales@vitiblu.com

Our International Distributors and Agents:



**United States**
Fiji Mineral Water, USA, LLC
751 S. Weir Canyon Rd., #157-351
Anaheim, CA 92808
Toll Free: 1-888-FIJI USA
Office- 714-282-8780
Fax: (714) 283-3738
us@vitiblu.com



**New Zealand and Australia**
**International Beverage Distributors**
P. O. Box 27467
Mt. Roskil, Auckland, New Zealand
Tele: +02-74-302473 : Fax: (649) 664-0167
nz@vitiblu.com

**Canada and Quebec**
Euro - Health Distributors
#101-1907 W. 4th Av,
Vancouver, BC. V6J, IM7
Tele: 604-877-2232
Fax : 604-734-3878
canada@vitiblu.com

**United Kingdom/Ireland**
NNP-Europe Ltd
#8- 33 Oatlands Chase
Weybridge, Serrey. KTI3,9RP
Tel-447793279089
Fax- 01932429531
uk@vitiblu.com

**Singapore**
Deluge Pte Ltd.
# 3 JOO Koon Crescent
Singapore, (629008)
Tel: (65) 67623688

**Germany and France and Europe**
**TBA**

**Japan**
**Open for Distribution**

**China/Agent**
**Open For Distribution**



**Drink Pure...**          **Taste Paradise...!**

Home    Taste Paradise    Silica Miracle    Our Products    Contact Us    Online Order    Helping Hands

Copyright © 2005 - 2007 - VitiBlu - Fiji Mineral Water USA, LLC - All Rights Reserved.

EXHIBIT "G"

**Thank you for your request. Here are the latest results from the TARR web server.**

This page was generated by the TARR system on 2009-10-01 14:45:50 ET

**Serial Number:** 77679983 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** VITI

**Standard Character claim:** No

**Current Status:** An opposition is now pending at the Trademark Trial and Appeal Board.

**Date of Status:** 2009-07-30

**Filing Date:** 2009-02-27

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 117

**Attorney Assigned:**
EVANKO PATRICIA MALESARDI

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2009-05-22

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. FMW USA LICENSING, LLC

**Address:**
FMW USA LICENSING, LLC
751 South Weir Canyon Road, #157-351

Anaheim Hills, CA 92808
United States
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 032
**Class Status:** Active
non alcoholic beverages, namely, drinking water
**Basis:** 1(a)
**First Use Date:** 2004-12-00
**First Use in Commerce Date:** 2004-12-00

## ADDITIONAL INFORMATION

**Color(s) Claimed:** The color(s) white, blue and silver is/are claimed as a feature of the mark.

**Description of Mark:** The word "VITI" and the drop of water are white outlined in blue on a transparent rectangular background outlined in silver

**Design Search Code(s):**
**01.15.08 -** Raindrop (a single drop); Single drop (rain, tear, etc.); Teardrop (a single drop)
**26.11.20 -** Rectangles inside one another
**26.11.21 -** Rectangles that are completely or partially shaded

**Prior Registration Number(s):**
3513130

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2009-07-30 - Opposition instituted for Proceeding

2009-07-30 - Opposition papers filed

2009-06-30 - Published for opposition

2009-06-10 - Notice of publication

2009-05-22 - Law Office Publication Review Completed

2009-05-22 - Assigned To LIE

2009-05-22 - Approved for Pub - Principal Register (Initial exam)

2009-05-22 - Examiner's Amendment Entered

2009-05-22 - Notification Of Examiners Amendment E-Mailed

2009-05-22 - Examiners amendment e-mailed

2009-05-22 - Examiners Amendment -Written

2009-05-20 - Assigned To Examiner

2009-03-16 - TEAS Amendment Entered Before Attorney Assigned

2009-03-16 - TEAS Preliminary Amendment Received

2009-03-04 - Notice Of Design Search Code Mailed

2009-03-03 - New Application Office Supplied Data Entered In Tram

2009-03-03 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Eric J. Goodman

**Correspondent**
ERIC J. GOODMAN
BURKHALTER KESSLER GOODMAN & GEORGE LLP
2020 MAIN ST STE 600
IRVINE, CA 92614-8226

EXHIBIT "H"

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA298349** |
| Filing date: | **07/30/2009** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | Paramount International Export, Ltd. | | |
|---|---|---|---|
| Entity | Company Limited By Shares | Citizenship | Cayman Islands |
| Address | 11444 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>UNITED STATES | | |

| Attorney information | Craig B. Cooper, Esq.<br>Roll International Corporation and Affiliates<br>11444 W. Olympic Blvd., 10th Floor<br>Los Angeles, CA 90064<br>UNITED STATES<br>DSugimoto@Roll.com, DCriona@Roll.com, LPowell@Roll,com Phone:(310) 966-5728 |
|---|---|

## Applicant Information

| Application No | 77679983 | Publication date | 06/30/2009 |
|---|---|---|---|
| Opposition Filing Date | 07/30/2009 | Opposition Period Ends | 07/30/2009 |
| Applicant | FMW USA LICENSING, LLC<br>751 South Weir Canyon Road, #157-351<br>Anaheim Hills, CA 92808<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

| Class 032. First Use: 2004/12/00 First Use In Commerce: 2004/12/00<br>All goods and services in the class are opposed, namely: non alcoholic beverages, namely, drinking water |
|---|

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|

## Marks Cited by Opposer as Basis for Opposition

| U.S. Registration No. | 2703620 | Application Date | 11/10/2000 |
|---|---|---|---|
| Registration Date | 04/08/2003 | Foreign Priority Date | NONE |
| Word Mark | FIJI | | |

| Design Mark | FIJI |
|---|---|
| Description of Mark | NONE |
| Goods/Services | Class 032. First use: First Use: 1997/05/16 First Use In Commerce: 1997/05/17 NATURAL, SPRING AND ARTESIAN WATER FOR DRINKING |

| U.S. Registration No. | 3282520 | Application Date | 09/22/2005 |
|---|---|---|---|
| Registration Date | 08/21/2007 | Foreign Priority Date | NONE |
| Word Mark | FIJI | | |

| Design Mark | FIJI |
|---|---|
| Description of Mark | NONE |
| Goods/Services | Class 032. First use: First Use: 1997/05/17 First Use In Commerce: 1997/05/17 Drinking Water; Natural Artesian Water |

| U.S. Registration No. | 3381795 | Application Date | 11/29/2005 |
|---|---|---|---|
| Registration Date | 02/12/2008 | Foreign Priority Date | NONE |
| Word Mark | FIJI | | |

| Design Mark | |
|---|---|
| |  |
| Description of Mark | The mark consists of a stylized rendering of palm tree fronds and the word portion of the mark, FIJI. |
| Goods/Services | Class 032. First use: First Use: 2005/09/01 First Use In Commerce: 2005/09/01 Drinking Water; Bottled Natural Artesian Water |

| U.S. Registration No. | 3282513 | Application Date | 09/13/2005 |
|---|---|---|---|
| Registration Date | 08/21/2007 | Foreign Priority Date | NONE |
| Word Mark | FIJI | | |

| Design Mark | |
|---|---|
| |  |
| Description of Mark | The mark consists of a stylized rendering of a hibiscus flower surrounded by foilage, above which appears the word portion of the mark, FIJI. |
| Goods/Services | Class 032. First use: First Use: 2005/09/01 First Use In Commerce: 2005/09/01 Drinking Water; Natural Artesian Water |

| U.S. Registration No. | 2937191 | Application Date | 11/10/2000 |
|---|---|---|---|
| Registration Date | 04/05/2005 | Foreign Priority Date | NONE |
| Word Mark | FIJI | | |

| Design Mark |  |
|---|---|
| Description of Mark | The mark consists of a configuration of a bottle with a blue cap for the goods with designs shown on labels on the front and back of the bottle. The design on the front label consists of the term "Fiji" and tropical flowers and foliage. The design on the back label consists of a waterfall which faces the interior of the bottle. When the designs are viewed together from the front, they form a complete scene. The bottle cap is shown in dotted lines and is not claimed as part of the mark. |
| Goods/Services | Class 032. First use: First Use: 1997/05/16 First Use In Commerce: 1997/05/17 NATURAL, SPRING AND ARTESIAN WATER FOR DRINKING |

| U.S. Registration No. | 3285644 | Application Date | 09/13/2005 |
|---|---|---|---|
| Registration Date | 08/28/2007 | Foreign Priority Date | NONE |
| Word Mark | FIJI | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a label placed on the front of a bottle and a label placed on the back of a bottle. The design on the front label consists of the stylized word FIJI and a stylized rendering of a hibiscus flower surrounded by foliage. The design on the back label consists of palm tree fronds, which faces the interior of the bottle. When the two designs are viewed together from the front, they form a complete scene. The bottle cap and bottle configuration are shown in dotted lines and are not claimed as a part of the mark. | | |
| Goods/Services | Class 032. First use: First Use: 2005/09/01 First Use In Commerce: 2005/09/01 drinking water; natural artesian water for drinking | | |

| Attachments | 76162278#TMSN.gif ( 1 page )( bytes ) 78718517#TMSN.jpeg ( 1 page )( bytes ) 78762941#TMSN.jpeg ( 1 page )( bytes ) 78712299#TMSN.jpeg ( 1 page )( bytes ) 76162290#TMSN.gif ( 1 page )( bytes ) |
|---|---|

| | 78712270#TMSN.jpeg ( 1 page )( bytes ) |
| | Notice of Opposition re Ser.No. 77679983 for VITI.pdf ( 4 pages )(79946 bytes ) |

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /s/ Craig B. Cooper /s/ |
|-----------|-------------------------|
| Name      | Craig B. Cooper, Esq.   |
| Date      | 07/30/2009              |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
TRADEMARK TRIAL AND APPEAL BOARD

In the Matter of Application Serial No. 77/679,983:  VITI
Published in the *Official Gazette* of June 30, 2009

| | |
|---|---|
| PARAMOUNT INTERNATIONAL EXPORT, LTD., | ) ) ) |
| Opposer, | ) Opposition No. _____ ) |
| v. | ) ) |
| FMV USA LICENSING, LLC, | ) ) |
| Applicant. | ) ) ) |

## NOTICE OF OPPOSITION

Paramount International Export, Ltd. ("Opposer"), a company located and doing business at 11444 W. Olympic Boulevard, Los Angeles, California 90064, believes it will be damaged by the registration of the trademark VITI in International Class 32 for "non alcoholic beverages, namely, drinking water" shown in Application Serial No. 77/679,983 (the "VITI Application" or "VITI Mark") filed by FMV USA Licensing, LLC ("Applicant"), and hereby oppose the same.

As grounds for this opposition, Opposer alleges:

1.  Since long before December 2004, the date of first use claimed in Applicant's VITI Application, Opposer and its affiliates have been extensively marketing and selling bottled natural artesian drinking water under the FIJI mark and additional marks which include FIJI as part of the mark (the "FIJI Marks").

2.  Opposer's bottled natural artesian drinking water has long been marketed and sold in a distinctive rectangular shaped bottle configuration with a distinctive blue cap and distinctive

{031901.2}

label.

3. Opposer owns several registrations for the FIJI Marks with the United States Patent and Trademark office, including but not limited to, Reg. Nos. 2,703,620; 3,282,520; 3,381,795; 3,282,513; 2,937,191; and 3,285,644. These registrations are valid, subsisting, and owned by the Opposer. In addition, Reg. No. 2,703,620 is incontestable pursuant to 15 U.S.C. §§1064 and 1115(b).

4. Opposer also owns a registration for its distinctive bottle configuration with the distinctive blue cap with the United States Patent and Trademark Office, Reg. No. 2,911,918. This registration is valid, subsisting, and owned by Opposer.

5. Opposer has sold millions of dollars worth of products in connection with the FIJI Marks.

6. Opposer has spent significant sums of money advertising and promoting FIJI products in connection with the FIJI Marks throughout the United States.

7. By virtue of the popularity of Opposer's drinking water offered in connection with the FIJI Marks and its advertising and promotion of the FIJI Marks, Opposer has built and owns extremely valuable goodwill symbolized by and associated with the FIJI Marks.

8. On information and belief, Applicant's VITI Mark means FIJI in Fijian.

9. On information and belief, Applicant uses the VITI Mark in connection with the marketing and sale of bottled drinking water sold in rectangular-shaped bottles with a blue cap.

10. Applicant's use of the VITI Mark for "non alcoholic beverages, namely, drinking water" in International Class 32 ("Applicant's Goods") is without Opposer's consent or permission.

11. On information and belief, neither Applicant nor any predecessor or related company of Applicant made actual use of the VITI Mark prior to the claimed December 2004 date of first use in Application Serial No. 77/679,983.

{031901.2}

12. Applicant's use of the VITI Mark is likely to cause confusion, mistake, or deception in that consumers are likely to believe Applicant's Goods are Opposer's products or the products of a person or entity that is sponsored, authorized or licensed by, or in some other way legitimately connected with, Opposer.

WHEREFORE, Opposer respectfully requests that this opposition be sustained and that Application Serial No. 77/679,983 be denied registration.

Please debit our Deposit Account No. 502934 for the $300 filing fee and for any additional necessary fees.

Please address all correspondence to Craig B. Cooper, Esq., Senior Vice President & Chief Legal Officer, Roll International Corporation & Affiliates, 11444 West Olympic Boulevard, Los Angeles, CA 90064.

Respectfully Submitted,

Date: July 30, 2009                 PARAMOUNT INTERNATIONAL
                                    EXPORT, LTD.

By: /s/  Craig B. Cooper  /s/
    Craig B. Cooper
    11444 West Olympic Blvd., 10th Floor
    Los Angeles, California 90064
    Tel. (310) 966-5728
    Fax (310) 966-5758

## CERTIFICATE OF SERVICE

I, Danielle M. Criona, herby certify that a copy of this NOTICE OF OPPOSITION has

been served, upon:

        Eric J. Goodman
        BURKHALTER KESSLER GOODMAN & GEORGE LLP
        2020 Main Street, Suite 600
        Irvine, CA 92614-8226

by first class mail, postage prepaid, on this 30th day of July, 2009.


        By:  /s/ Danielle M Criona /s/
               Danielle M Criona, Esq.
               Roll International Corp.
               11444 West Olympic Blvd.
               Los Angeles, CA 90064
               Tel. (310) 966-5728
               Fax (310) 966-5758

{031901.2}

EXHIBIT "I"



EXHIBIT "J"



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV09- 1148 CJC  (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ]  **Western Division**
     **312 N. Spring St., Rm. G-8**
     **Los Angeles, CA 90012**

[X]  **Southern Division**
     **411 West Fourth St., Rm. 1-053**
     **Santa Ana, CA 92701-4516**

[ ]  **Eastern Division**
     **3470 Twelfth St., Rm. 134**
     **Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIJI WATER COMPANY, LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT LTD., a Cayman Islands company limited by shares, and NATURAL WATERS OF VITI LIMITED, a Fijian private company limited by shares, PLAINTIFF(S) <br><br> v. <br><br> FIJI MINERAL WATER USA, LCC, a Delaware limited liability company; FMW USA LICENSING, LLC, a Delaware limited liability company; MINERAL WATERS OF FIJI, a business form unknown; PURE MINERAL WATERS OF FIJI, LLC, a California limited liability company; FIJI IMPORTS, LLC, a California limited liability company; PRESTIGE SALES II, LLC, a California limited liability company; STRAUB DISTRIBUTING COMPANY, LLC, a California limited liability company; STRAUB DISTRIBUTING COMPANY, LTD., a California partnership; DOES 1-10 DEFENDANT(S) | CASE NUMBER <br><br> **SACV09-01148 CJC MLGx** <br><br><br> **SUMMONS** |

TO:    DEFENDANT(S): <u>FIJI MINERAL WATER USA, LLC; FMW USA LICENSING, LLC; MINERAL WATERS OF FIJI; PURE MINERAL WATERS OF FIJI, LCC; FIJI IMPORTS, LLC; PRESTIGE SALES II, LLC; STRAUB DISTRIBUTING COMPANY, LLC; STRAUB DISTRIBUTING COMPANY, LTD., DOES 1 - 10</u>

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>Christopher Van Gundy</u>, whose address is <u>11444 W. Olympic Blvd., 10th Fl., Los Angeles, CA 90064</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____OCT - 6 2009_____

By: ___**CHRISTOPHER POWERS**___

Deputy Clerk

(Seal of the Court) **SEAL**

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| FIJI WATER COMPANY, LLC, a Delaware limited liability company, PARAMOUNT INTERNATIONAL EXPORT LTD., a Cayman Islands Company et al. | FIJI MINERAL WATERUSA, LLC, et al., a Delaware limited liability company, et al. |

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

ANDREW E. ASCH
CHRISTOPHER VAN GUNDY
ROLL INTERNATIONAL CORPORATION - LEGAL
11444 West Olympic Blvd. - 10th Floor
Los Angeles, California 90064
(310) 966-5700

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☐ MONEY DEMANDED IN COMPLAINT: $ exceeding $1,000,000 in an amount

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

FEDERAL TRADEMARK AND TRADE DRESS INFRINGEMENT; VIOLATION OF THE LANHAM ACT SECTION 43(A); FEDERAL TRADEMARK DILUTION; UNFAIR COMPETITION UNDER CALIFORNIA BUSINESS & PROFESSIONS CODE SECTION 17200 ET SEQ.; CALIFORNIA COMMON LAW UNFAIR COMPETITION

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litig. |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determina- tion Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS – Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?  ☒ No  ☐ Yes

If yes, list case number(s):

SACV09-01148

**FOR OFFICE USE ONLY:**  Case Number:

CV-71 (12/04)

CIVIL COVER SHEET

Page 1 of 2
CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b).  RELATED CASES:** Have any cases been previously filed that are related to the present case?  [x] No  [ ] Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) [ ] A. Appear to arise from the same or substantially identical transactions, happenings, or events;

[ ] B. Involve the same or substantially the same parties or property;

[ ] C. Involve the same patent, trademark or copyright;

[ ] D. Call for determination of the same or substantially identical questions of law, or

[ ] E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX.  VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)

[ ]  Check here if the U.S. government, its agencies or employees is a named plaintiff.

SEE ATTACHED "PLAINTIFF VENUE"

List the California County, or State if other than California, in which **EACH** named defendant resides.    (Use an additional sheet if necessary).

[ ]  Check here if the U.S. government, its agencies or employees is a named defendant.

SEE ATTACHED "DEFENDANT VENUE"

**List the California County**, or State if other than California, in which **EACH** claim arose.    (Use an additional sheet if necessary)

**Note:** In land condemnation cases, use the location of the tract of land involved.

Los Angeles

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):**  _Andrew E. Asch_    **Date** Oct. 1, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**PLAINTIFF VENUE:**

FIJI WATER COMPANY, LLC
a Delaware limited liability company

Los Angeles County,
California

PARAMOUNT INTERNATIONAL EXPORT LTD.
a Cayman Islands company limited by shares

Los Angeles County,
California

NATURAL WATERS OF VITI LIMITED
a Fijian private company limited by shares

**Los Angeles County,
California**

**DEFENDANT VENUE:**

FIJI MINERAL WATER USA, LLC
a Delaware limited liability company

Orange County, California

FMW USA LICENSING, LLC
a Delaware limited liability company

Orange County, California

MINERAL WATERS OF FIJI
a business form unknown

PURE MINERAL WATERS OF FIJI, LLC
a California limited liability company

Orange County, California

FIJI IMPORTS, LLC
a California limited liability company

Sonoma County, California

PRESTIGE SALES II, LLC
a California limited liability company

Orange County, California

STRAUB DISTRIBUTING COMPANY, LLC
a California limited liability company

**Orange County, California**

STRAUB DISTRIBUTING COMPANY, LTD.
a California partnership

Orange County, California