UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FIJI WATER COMPANY, LLC, PARAMOUNT INTERNATIONAL EXPORT LTD., NATURAL WATERS OF VITI LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>FIJI MINERAL WATER USA, LLC, ET AL.,<br><br>Defendants. | Case No.: SACV 09-01148-CJC(MLGx)<br><br>AMENDED PRELIMINARY INJUNCTION |

On September 30, 2010, the Court granted the motion for preliminary injunction of Plaintiffs Fiji Water Company, LLC, Paramount Export, Ltd., and Natural Waters of Viti Ltd. (collectively "Plaintiffs") that was filed against Defendants Fiji Mineral Water USA, LLC, FMW USA Licensing, LLC, Mineral Waters of Fiji, Pure Mineral Waters of Fiji, LLC, Fii Imports, LLC, Prestige Sales II, LLC, Straub Distributing Company, LLC, Straub Distributing Company, Ltd., Coast Beverage Group, LLC, and Global H20 Distributors, Inc. (collectively "Defendants").

IT IS HEREBY ORDERED THAT PENDING TRIAL on Plaintiffs' claims, Defendants and their officers, directors, agents, servants, employees, and attorneys, and those in active concert or participation with them, ARE HEREBY ENJOINED from the following acts:

1. Producing, selling, promoting, marketing, advertising, distributing, or importing bottled water in the United States with or under a trade dress that consists of and includes a bottle with a dominantly square shape, with a recessed central body portion defined by the protruding shoulders and base portions of the bottle, a blue bottle cap, a transparent outer front label with a pink accent in the lower right hand corner, a depiction of a blue background and palm tree fronds on the inside of the back label, a three-dimensional effect created by having a transparent label on the front panel of the bottle revealing the inner side of the back label, a rainwater drop on the front label, a statement on the front label stating "From the islands of Fiji/Natural Artesian Water," and prominent use of the four-letter, two-syllable word FIJI, in white block lettering with a metallic outline around the letters, or the substantial equivalent thereof (referred to by the parties and the Court as the "FIJI trade dress");

2. Producing, selling, promoting, marketing, advertising, distributing, or importing bottled water in the United States with or under a trade dress that consists of and includes a bottle with a dominantly square shape, with a recessed central body portion defined by the protruding shoulders and base portions of the bottle and waves in the bottom portion of the bottle, a blue bottle cap, a transparent outer front label with a pink ribbon in the lower right hand corner, a depiction of blue background with a bird of paradise flower on the inside of the back label, a three-dimensional effect created by having a transparent label on the front panel of the bottle revealing the inner

    side of the back label, a statement on the front label stating "From the mountains of Fiji Islands/Natural Artesian Mineral Water," and prominent use of the four-letter, two-syllable word VITI, in white block lettering with a blue outline around the letters, a stylized raindrop inside the "V," and metallic silver lines above and below the word VITI, or the substantial equivalent thereof (referred to by the parties and the Court as the "VITI trade dress"); and

3. Operating a website that uses the FIJI or VITI trade dress.

This preliminary injunction shall be effective upon the posting by Plaintiffs of an undertaking or bond in the sum of $20,000.

DATED: October 5, 2010

_____
CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE